FILED
CLERK, U.S. DISTRICT COURT
5/2/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00206-PA |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in and Manufacturing Firearms Without a License] |
| MIGUEL F. VALENCIA JR., | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 922(a)(1)(A)]

Beginning on an unknown date, and continuing through November 10, 2021, in Los Angeles, San Bernardino, and Orange Counties, within the Central District of California, defendant MIGUEL F. VALENCIA JR., while not being a licensed manufacturer and dealer of firearms, willfully engaged in the business of manufacturing and dealing in firearms by producing and selling

///

approximately seven firearms that lacked legitimate manufacturer's markings or serial numbers (commonly referred to as "ghost guns").

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section